AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF FLORIDA

TINA R. RATCLIFF

*Plaintiff(s)*

v.                                    Civil Action No. 3:21-cv-930-TKW/EMT

FIRST PREMIER BANK, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CB INDIGO
                                       15220 NW GREENBRIER PKWY, SUITE 200
                                       BEAVERTON, OR 97006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JESSICA J. LYUBLANOVITS,
CLERK OF COURT

Date: July 29, 2021                          s/ Jeremy Wright, Deputy Clerk
                                             *Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 3:21-CV-00930-TKW/EMT

Plaintiff:
Tina R. Ratcliff,

vs.

Defendant:
First Premier Bank, et al.,

Received by RUSH PROCESS SERVICE, INC. to be served on **DB Indigo, 15220 NW Greenbrier Pkwy, Suite 200, Beaverton, OR 97006**.

I, Mitchell Garcia, do hereby affirm that on the **9th day of August, 2021 at 1:43 pm**, I:

**SERVED** DB Indigo by serving a true copy of the **Summons; Complaint** to **Swati Goyal, Mail Room Representative** at 15220 NW Greenbrier Pkwy, Suite 200, Beaverton, OR 97006.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Mitchell Garcia  8/16/21
Process Server

RUSH PROCESS SERVICE, INC.
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2021007145

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z